# SUMMONS
## *(CITACION JUDICIAL)*

SUM-100
FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

Issued and Filed
Superior Court of California
Sacramento
01/10/2024
johnsok
By _____, Deputy
24CV000231

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

## AMAZON.COM, INC., AND DOES 1-50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

## ANDREW GRANT HAYMORE

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: SACRAMENTO COUNTY SUPERIOR COURT<br>*(El nombre y dirección de la corte es:)*    720 NINTH STREET<br>SACRAMENTO, CA 95814 | CASE NUMBER:<br>*(Número del Caso:)* |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es:)*

ANDREW GRANT HAYMORE
P.O. BOX 278004
SACRAMENTO CA, 95827

DATE: JAN 1 0 2024     Clerk, by K. JOHNSON , Deputy
*(Fecha)*     *(Secretario)*     *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courts.ca.gov* |

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ] [ Save this form ] [ Clear this form ]

**Filed**

**Superior Court of California,**

**Sacramento**

**01/09/2024**

**johnsok**

By _____, Deputy

**24CV000231**

---

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
**ANDREW GRANT HAYMORE**
**P.O. BOX 278004**
**SACRAMENTO CA 95827**
TELEPHONE NO.: **(916)365-5434**    FAX NO. :
EMAIL ADDRESS: **AndrewGrantLegal@gmail.com**
ATTORNEY FOR (Name): **IN PRO PER**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SACRAMENTO**
STREET ADDRESS: **720 NINTH STREET**
MAILING ADDRESS: **720 NINTH STREET**
CITY AND ZIP CODE: **SACRAMENTO, CA 95814**
BRANCH NAME: **GORDON D. SCHABER COURTHOUSE**

CASE NAME:
**HAYMORE V. AMAZON.COM, INC.**

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $35,000)   [ ] Limited (Amount demanded is $35,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary  b. [X] nonmonetary; declaratory or injunctive relief  c. [X] punitive
4. Number of causes of action (specify): **ELEVEN**
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: **JANUARY 9TH 2024**

**ANDREW GRANT HAYMORE**
(TYPE OR PRINT NAME)         ►      (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
    Uninsured Motorist (46) *(if the*
    *case involves an uninsured*
    *motorist claim subject to*
    *arbitration, check this item*
    *instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
Product Liability *(not asbestos or
    toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer
      or wrongful eviction)*
    Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
      domain, landlord/tenant, or
      foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner
      Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic
    relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
      harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Page 2 of 2



For your protection and privacy, please press the Clear
This Form button after you have printed the form.



**Print this form**    **Save this form**    **Clear this form**

Filed
Superior Court of California,
Sacramento
01/09/2024
johnsok
By _____, Deputy
24CV000231

1   **ANDREW GRANT HAYMORE**
    **P.O. BOX 278004**
2   **SACRAMENTO CA, 95827**
    **(916)-365-5434**
3   AndrewGrantLegal@gmail.com

4   **ANDREW GRANT HAYMORE, IN PRO PER**

5

6

7               **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8                       **COUNTY OF SACRAMENTO**

9

10

11                                          | Case No.:

12      **ANDREW GRANT HAYMORE,**

13              **Plaintiff,**               | **COMPLAINT SEEKING DAMAGES AND**
                                             | **DEMAND FOR JURY TRIAL**
14

15                  *V.*                     | I.    *~TABLE OF CONTENTS~ page 1*
                                             | II.   **GLOSSARY...** *page 2*
16                                           | III.  **NATURE OF THIS CASE...** *page 7*
                                             | IV.   **JURISDICTION & VENUE...** *pg. 9*
17  **AMAZON.COM, INC., AND DOES 1-50**      | V.    **CAUSES OF ACTION...** *page 10*
                                             | VI.   **INJUNCTIVE RELIEF......** *page 31*
18              **Defendants.**              | VII.  **COMPENSATORY DAMAGES,**
                                             |       **PUNITIVE DAMAGES,**
19                                           |       **REQUEST FOR JURY TRIAL**
                                             |       *...page 33*
20

21

22

23

24

25

26

27

28

1
2

## II. GLOSSARY

3     1.    THIS GLOSSARY HAS BEEN PREPARED TO PROVIDE FOUNDATIONAL
4    KNOWLEDGE FOR ONLINE GAMING TERMINOLOGY, LIMITED MEDICAL
5    TERMINOLOGY, AND TO AID THE READER IN UNDERSTANDING TERMS, WORDS
6    AND DIFFERENT ACRYONYMS CONTAINED IN THE COMPLAINT. THIS GLOSSARY IS
7    BY NO MEANS AN ACADEMIC, PROFESSIONAL, OR OFFICIAL REFERENCE. SIMPLY
8    SHOULD BE USED BY READERS TO UNDERSTAND BASIC TERMINOLOGY USED IN
9    ONLINE ROLE-PLAYING GAMES, AND FUNDAMENTAL TERMINOLOGY ASSOCIATED
10   WITH "NEW WORLD," (THE ONLINE VIDEO GAME) PUBLISHED BY AMAZON GAMES
11   (Formerly known as Amazon Games Studio or AGS) WHOSE PARENT COMPANY IS
12   AMAZON.COM, INC.

                                [BEGIN GLOSSARY]

13
14

15     2.    **CHF OR CONGENSTIVE HEART FAILURE:**  May also be referred to as HF. Heart
16   failure can occur if the heart cannot pump (systolic) or fill (diastolic) adequately, to provide blood
17   to the body.

18     3.    **CODE OF CONDUCT (Within New World the Video-Game):**  Amazon.com Inc. has a
19   duty to create a non-toxic gaming environment, even by their own standards. In the NEW
20   WORLD support center, there is a category called "Disruptive conduct.  It is stated as follows:
21        "Sections 1 and 2 within the Code of Conduct outline the following guidelines: "Treating
22   other players the way they want to be treated" and "Playing to enjoy the game." A Disruptive
23   Behavior penalty means the player engaged in disruptive behaviors that violate those guidelines.
24        Violations include, but are not limited to:
25   • Harassing/Threatening Players
26        - Example: Continually sending messages to the same player against their wishes.
27   • Toxicity
28        - Example Berating other players for struggling in group content.

---

1  [Code of Conduct Continued:]

2  • **Bullying**

3  - **Example: Taking part in our encouraging others to be verbally negative towards**

4  **another player.**

5  • **GRIEFING / TROLLING**

6  - **Example: Repeatedly dying in events to grief allied players.**

7  • **Impeding/Sabotaging group play"**

8

9  4.  <u>**DDS OR DYNAMIC DIFFICULTY SCALING**</u>:  Dynamic Difficulty Scaling as

10  defined and described by Plaintiff is a technology or coding & end-game mechanic, created by

11  Amazon Game Studios that dynamically, or in real time, changes the difficulty level of a Dungeon.

12  This technology operates behind the User Interface of New World, and there is no alert or

13  notification when a dungeon has been dynamically scaled. This technology is highly exploitable by

14  abusive and malicious players, as they can use it in real time to manipulate the difficulty of the

15  dungeon, and worse they can do so anonymously, causing the dungeon to increase in difficulty

16  unbeknownst to any of the players. In fine this technology is parasitic to New World's end game

17  design, as it is often triggered simply by players swapping gear, or worse, when malicious players

18  remove gear to force the dungeon difficulty to be increased to a level that is impossible to win.

19

20

21  5.  <u>**DISCORD SERVER or DISCORD**</u>:  Discord is a platform for hosting real-time text,

22  video, and voice chat. While other social platforms are oriented around one central community,

23  Discord is divided into servers or smaller specific communities. Servers can be public or private.

24  You can join a big community server for people who share a common interest or create a smaller

25  private server for a group of friends. This complaint will focus solely on the New World official

26  Discord server, so all references to DISCORD should be interpreted as specifically the Server

27  created and operated by Amazon.com Inc, for New World the Video Game and its community.

28

6.   <u>DUNGEON, MUTATION, M10 OR M3</u>:  Also known as Dynamic Instance, is a temporary virtual world, which disappears when all the players leave it.  The Pinnacle of New World's End-Game, is Dungeons, and MUTATED DUNGEONS in which the difficulty is raised, and different effects are applied to provide a deeper challenge to a 5 player composition. Whenever the term DUNGEON is used or Dungeon it should be implied that the highest difficulty (Now M3, formerly M10) is the type of Dungeon that is being discussed in the complaint.  A Dungeon again, is not a persistent or open world as in the term MMO-RPG which means Massively Multiplayer Online-Role Playing Game, which revolves around an open "sandbox" persistent world. A dungeon again, is a temporary dynamic instance, primarily used to present a challenge and offer unique rewards, the victory being shared by a 5-player team, in New World.

7.   <u>GATEKEEPING or GATEKEEP</u>:  Gatekeeping is a term created by New World players, used to refer to GRIEFING (see GRIEF in Glossary) and stalking of players who might rise in their positions on the Leaderboard, within New World. Gatekeeping is used to prevent other players from positioning themselves favorably on the leaderboards. It is more commonly used by Large In-Game Guilds (See GUILD in Glossary) and by more organized groups of players who wish to keep other players from being displayed on the leaderboard or rising in the leaderboards.

8.   <u>GRIEF or GRIEFING</u>:  An intentional form of cyberbullying, often viewed as trivial to seasoned gamers, but can also result in intense emotional distress to the subject of the grief, or griefing.  These actions committed in an online world can range from simple jokes, to full on verbal assaults, they can be executed by an individual, or a group of individuals. They can be actions that are very mild, or extremely abusive and toxic. They can be actions of cyber stalking, within the game, to intentionally disrupt or manipulate the gameplay experience of another. In fine, grief can be described as any action that is intentionally causing another player to experience grief, the actual word grief, defined by its most basic textbook and dictionary form.

9.   <u>GUILD:</u>  In New World 100 player organizations are referred to as a "company" but because the terminology may be confusing in this Civil Lawsuit and Complaint, we will refer to these In-game organizations as Guilds Hereinafter.

10.   <u>LEADERBOARDS:</u>  A system for ranking groups of players, and their score that is published and displayed to the New World server. Players who are oftentimes overzealous to maintain their position on the leaderboard, will operate maliciously to join other Dungeon Lobbies, or player groups, with the intention of applying DDS (see entry in Glossary), to make the dungeon unplayable. And to preserve their positions on the leaderboards.

11.   <u>NPC:  NON-PLAYER CHARACTER:</u>  Artificial intelligence, creatures, monsters, bosses with whom players interact. It is important to distinguish NPCs from PCs or PLAYER CHARACTERS.

12.   <u>NWOD OR NEW WORLD OFFICIAL DISCORD:</u>  Discord is a 3rd party application not owned or operated by AMAZON.COM INC, originally created for gaming, provides implementation of VOIP or Voice over IP services, and chat services.  Today many businesses are beginning to implement Discord because of its easy to use, and organized dissemination of information to large communities.  Servers can be customized and tailored for groups or communities of any size, small or great.

13.   <u>PVP, PVE and PC:</u>  PVP is Player Verus Player, typically in virtual combat or activities specifically designed to engage directly with other players.  PVE is Player Versus Environment, generally a virtual activity with NPCs and Artificial Intelligence.   PLAYER CHARACTER (Online digital representation of an actual human player controlling an "avatar" or "character" in the online digital video game and online digital world).  PC is the opposite of an NPC.

1         **14.**    <u>**TROLLING OR TROLL:**</u>   **Trolling is similar to GRIEF and GRIEFING. It is**

2  **rooted in cyberbullying, because this is the circumstance in which it is most usually applied. Its**

3  **design is to get a reaction or watch the reaction of other people to the "Troll." A Troll can refer to**

4  **the action by the person trolling or the Troll himself (The actual person is *the troll*, their act is *a***

5  ***troll*, and they *are trolling*.) It can range from levels of friendly, mild, benign, and funny. To all**

6  **out hateful, dangerous, and extremely malicious and can cause serious long lasting detrimental**

7  **effects on the subject, or the person subjected to the trolling.**

8

9                              **[End of Glossary]**

10

11                       **[Reserved for future Amendments]**

12

13

14

15

16

17                              <u>**End of Glossary**</u>

18

19

20

21

22                           **[Proceed to the next page]**

23

24

25

26                       **[Reserved for future Amendments]**

27

28

### III. NATURE OF THIS CASE

15.     Over the course of approximately seven months beginning in May 2023 through November 2023, Plaintiff declares he was the victim of aggravated cyber harassment (CPC §653.2), aggravated cyberstalking (CPC §646.9), and aggravated cyber bullying by employees of Amazon Games (hereinafter as AG or AMAZON GAMES), formerly known as Amazon Games Studio. Plaintiff declares that Amazon.com Inc., (Hereinafter as AMAZON) is the parent company to AG, creators of the online matrix and Video Game, New World – which facilitated random players and organized groups of players and gave them the platform and ability to commit acts of aggravated cyber harassment, aggravated cyberstalking, and aggravated cyber bullying against the Plaintiff over the course of approximately seven months. Plaintiff is a disabled USARMY Veteran who also suffers from Complex Childhood PTSD, and Complex PTSD.

16.     This complaint is being filed on January 9th, 2024, approximately 47 days after Plaintiff was released from emergency room hospitalization. On November 20th-23rd 2023, Plaintiff was hospitalized for 4 days suffering nearly unto death, in what was described in medical discharge records as "Acute exacerbation of Congestive Heart Failure". CHF is a new medical diagnosis for the Plaintiff as of Nov 20th, 2023. Diagnosed with CHF by two Emergency rooms first Kaiser South Sacramento Nov 20th, 2023, and second Sutter Roseville Nov 21rst 2023.

17.     Plaintiff contacted AMAZON GAMES chat support on August 23rd, 2023, complaining about in-game harassment, and again on September 9th, 2023.  Tickets were created online.  Afterwards phone calls were made to Amazon.com Inc., due to AMAZON GAMES intentionally closing web support chats, during his distress calls for help.  Plaintiff kept audio and video recordings of interactions with AMAZON and AG employees, who at times also ignored his pleas for help. These exhibits will be provided with the motion for Preliminary Injunction.

18.     On November 8th, 2023, Plaintiff declares that JOHN DOE #1, aka "TrevzorFTW" (his Discord user name), AG Employee, was acting Community Manager, when Plaintiff was removed and Permanently Banned from the New World Official Discord (Hereafter referred to as DISCORD). A series of faulty timeouts were administered by AG Community Management,

and an action of abuse of power, and unrighteous dominion, was exercised upon the Plaintiff. Rendering him unable to speak within the community, and then after toying with the Plaintiff, he was Permanently Banned and exiled from the New World Official Discord.

19.     Plaintiff created a video reproduction of the timeouts in the DISCORD on another account, showing that Plaintiff's language was not hostile or against any EULA, therefore Plaintiff was being targeted by AG employees, whose sole purpose was IIED. The Exhibit will be given to the court with the motion for preliminary injunction. AG Community Management, led by JOHN DOE #1 aka "TrevzorFTW", also created the "gamertag" or "alias", "Dojii", as a "community flagged word." Plaintiff is "Dojii" (YouTube & Twitch.tv) and has invested over 10,000 hours in his New World accounts, and over $1700 USD in digital purchases. AG to this day refuses to provide any support for this act of bizarre and unrighteous dominion. Where Amazon Retail will immediately refund you for a $5 dollar bag of chips if they are sour.

20.     On November 8th Plaintiff continued to fear for his safety, and for the safety of his investment of over 10,000 hours in his New World accounts. Plaintiff suffered intense emotional stress and anguish while trying to resolve being wrongfully banned from DISCORD. Plaintiff turned to Amazon.com Inc.'s retail department to resolve this issue to no avail. However, AMAZON employees confirmed that a "behavioral Investigation" would begin. This particular "behavioral department" administrates over the actions of Amazon employees. The results or details of the investigation would not be released to Plaintiff, according to phone calls with AMAZON.

21.     On November 17th Amazon Retail Employee confirmed to Plaintiff that he was subject to abuses by AG Employees. An Amazon.com, Inc., Specialized Escalation Agent stated to Plaintiff that Amazon Staff "was found manipulating your in-game experience." This manipulation occurred for approximately 7 months, triggering Plaintiff's PTSD unceasingly, and resulting in the development of Plaintiff's Congestive Heart Failure – and exacerbation of CHF resulting in Emergency Room Hospitalization, 5 days later, on Nov 20th, 2023, at Kaiser Permanente South Sacramento. Exhibits of the recording will be provided to the courts with the motion for preliminary injunction.

22.     Plaintiff was transferred by family to Sutter Roseville Nov 21rst, 2023. In fine, Plaintiff suffered intense grief, stress, and emotional anguish over being harassed within New World, both by AG Employees (Live Testers, Moderators, Admins, Developers, Community Management, others) and random players, and by players from larger GUILDS working in concert to GATEKEEP and GRIEF; AG Community Management acted both intentionally and with reckless disregard to exacerbate CHF caused by AMAZON & AG—resulting ultimately in emergency room hospitalization and permanently disabling Plaintiff for life.

23.     Plaintiff was also repeatedly struck down by AMAZON & AMAZON GAMES essentially non-existent customer support in the matters of the harassment.  In fine, after 7 months of GRIEF and intense emotional distress Plaintiff declares that Amazon.com Inc, and its constituents has caused him to develop Congestive Heart Failure. That the actions of and/or neglect of JOHN DOE #1 "TrevzorFTW", and the collective AG Community Management acted both intentionally and with reckless disregard to exacerbate CHF caused by AMAZON—resulting ultimately in emergency room hospitalization and permanently disabling Plaintiff for life.

24.     In subjecting Plaintiff to wrongful treatment, and because of the reckless, outrageous, and vehemently malicious symphony of Corporate Abuses, inflicted upon an already disabled Veteran of the United States Army; Plaintiff is therefore entitled to the recovery of punitive damages pursuant to California Civil Code § 3294. This complaint will begin to document the Malicious, Fraudulent, and Oppressive behavior of Amazon.com Inc. and its employees, branching into AMAZON GAMES, who, acting in concert have appendages which are both conscious and unconscious, effectively creating a machine whose power is unmatched, and resources unlimited, a machine that is able to abuse, exploit, and destroy with impunity.

## IV. Jurisdiction and Venue

25.     This court has subject matter jurisdiction, and requisite contacts as Plaintiff is a resident of the city of Sacramento, in Sacramento County, and Amazon.com, Inc. does business here in the State of California.  California Code of Civil Procedure § 392 through 403.  All injuries to Plaintiff occurred in Sacramento, California, and online via Amazon.com, Inc services.

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION:
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### *(Persistent IIED as a result of Seven Months of combined cyber-assaults)*

26.    AMAZON as a Corporate Entity (power) and its employees within AG, harassed, stalked, and cyberbullied Plaintiff across a span of seven months, and/or facilitated these actions by creating an online environment to facilitate stalking, cyberbullying, harassment, and the intentional infliction of emotional distress. As a direct result of Dynamic Difficulty Scaling (Hereafter referred to as DDS see Glossary), and the creation of the Leaderboards within New World – it created a toxic, gatekeeping underbelly, where random players, organized GUILDS and AG Employees could exploit DDS. As a result of this poorly designed end-game Mechanic formerly known as the M10 Dungeon difficulty, New World's End-Game was rampant with GREIFERS, TROLLS, and GATEKEEPING, a form of anonymous and invulnerable PVP (Player Verus Player) GRIEFING, within the intended PVE (Player Verus Environment) video-game matrix.

27.    When DDS was and is applied to a dungeon, there is no notification or alert to players, and malicious players with ill-designs, can gleefully watch the utter collapse of an End-Game dungeon. Plaintiff informed AMAZON and AG of this terrible design flaw in August 2023 in the form of a support ticket along with multiple player reports of harassment. Plaintiff also created a Bug Report in the DISCORD which was acknowledged by JOHN DOE #2 aka "Fenne" AG Developer or Community Management Employee, who never acted upon or escalated this issue.

28.    Plaintiff was also harassed and TROLLED by "helpful" role ["helpful" is the name of the actual Discord user Role, it can be likened to a badge worn by security] tagged users in

DISCORD ("Helpful" role is a band of Amazon defending zealots, and apologists who were appointed by AG and likely AMAZON or AG Employees acting on alternative accounts—--or friends of AG employees, this requires investigation, auditing, and oversight.); Plaintiff was harassed by these "Helpful" AMAZON/AG appointed users for complaining about DDS. The "helpful" tagged user roles frequently engage in distracting customers from giving meaningful feedback and participate in TROLLING Amazon customers.

29.    Plaintiff was relentlessly harassed, stalked, and cyber bullied in the New World game, published by AMAZON GAMES; Primarily through the design that has been referred to as Dynamic Difficulty Scaling – where anonymously, players can manipulate their Gear Score – in turn manipulating the difficulty of the dungeon. One person can raise the difficulty; and apply that effective difficulty forcibly upon the other four players, without their knowledge or consent, because these effects are applied behind the User Interface.  One anonymous player (either AG community management, or moderators, admins, developers, game masters, random player, organized group of players, in fine anyone that desires to GRIEF) one player has the power to grief the pinnacle of New World's End-Game design and ruin the fun for everyone else in the dungeon lobby. Essentially subjecting the entire lobby to GRIEF and forcing them to play a game they can never win.

30.    AMAZON/AG acted recklessly and intentionally by participating in GATEKEEPING of the leaderboards and facilitated GRIEFING by creating and maintaining a virtual-matrix or online world, which made it possible to GRIEF as much as any ill-disposed/ill-designed malicious player could desire (or any player with ill intentions). As any player can link nice gear to join a lobby, then switch their gear to fall below gear score, apply the Dynamic Difficulty Scaling, and ruining the lobby for everyone else. Some players exploit DDS to GATEKEEP, some players exploit DDS to troll, some for both.

31.    Due to the collective conduct of Amazon Employees and random players, random TROLLS, and organized GUILDS, and organized groups of players; these parties actively exploiting DDS for 7 months, triggering Plaintiffs' PTSD, subjecting plaintiff to IIED, causing plaintiff to develop CHF and exacerbating CHF. Resulting in near-death, and emergency room

1  hospitalization, development of Sepsis, Pulmonary Embolism, Anemia, and other life-threatening

2  complications during his hospitalization, permanently disabling Plaintiff for life.

3      32.    AMAZON/AG employees had no privilege to abuse Plaintiff as a consumer. As a

4  customer. In this setting AMAZON/AG is providing a service, which Plaintiff is paying for.

5  However, Plaintiff could not fully enjoy the service due to the outrageous and collective behavior

6  and reckless negligent disregard of its employees. Both in facilitating and participating in different

7  actions of GRIEFING and TROLLING.

8

9  **SECOND CAUSE OF ACTION:**

10  **GROSS NEGLIGENCE**

11  *(General overall negligence, duty to care for customer)*

12

13      33.    How was their conduct outrageous? AMAZON has a duty to the consumer to keep

14  the gaming environment safe and free of cyber stalking, cyber bullying, and cyber harassment.

15      34.    AMAZON intentionally used their capabilities online, to cyberstalk, cyberbully, and

16  harass with a mob mentality, and allowed other players to do it too. This included more than one

17  individual engaging in this behavior. They intended to cause infliction of emotional distress

18  because they knew their action would cause harm emotionally and physically with reckless

19  disregard for a person's and specifically the Plaintiffs' wellbeing. They also assumed they would

20  get away with their actions due to being anonymous.

21      35.    AMAZON knew their actions were outrageous because they were protected by

22  anonymity. They did not refrain from such outrageous, reckless, and deplorable behaviors.

23

24

25

26

27  **[Proceed to the next page]**

28

**HAYMORE V. AMAZON.COM INC.   *   COMPLAINT PAGE 12**

**THIRD CAUSE OF ACTION:**

**UNLAWFUL, UNFAIR, AND FRAUDULENT BUSINESS PRACTICES**

*(Unfair Competition Law, Business and Professions §17200, 17500)*

36.    Amazon to most people is known for its great customer support. Fast and "Free" two-day delivery guarantees. However today there are many faces of AMAZON as it is evolving to secure itself as an insatiable monopoly. Amazon.com Inc., owns and operates Twitch.tv the most successful Video-Game live streaming platform.  Long before other social media platforms could even dream of implementing Live-Streaming as a service – Twitch.tv and AMAZON was (and still is) the original live streaming super-giant.

37.    Because of this long connection with Video Games and Gaming, it was inevitable that AMAZON would expand its businesses into the Gaming Development and Publishing world. AMAZON created Amazon Games Studio, (now AG) fashioned their own Graphics Engine, and published their first game, New World which was released post-covid pandemic on Sept 28, 2021.

38.   AG has been successful in many ways, and a massive failure in others but all of its failures are bolstered by AMAZON and its seemingly endless, power of revenue.  AG's greatest failure is the complete departure from Customer Care. Amazon Retail can be referred to as "Amazon Heaven" where, as stated earlier they will fight tooth and nail to replace a $5 dollar bag of chips that has gone sour—but "Amazon Heaven" is starkly contrasted by its counter-opposite "Amazon Hell" which is AMAZON GAMES. AMAZON is now gorging itself on revenues, as it peddles and sales digital goods by the droves to New World players in the form of "Cosmetics". These are simply graphical enhancements to a players in-game Character, it could be a fancy hat, or a pretty dress.  A Noble steed to ride or a mighty sword to wield.

39.    The scary reality is that these are simply just graphics, sold at price ranges referred to as "Micro-transactions" ranging from $5-$45-dollar packages.  For which there are essentially no trade ins, no refunds and no support.   However this cause of action is not meant to criticize a mere business practice but yet again – emphasize the departure from quality customer care.  For example Plaintiff has accrued more than 10,000 hours investment in his New World—

—game accounts, and spent over $1700 for simple graphics and pixels, which can be endlessly supplied and infinitely generated by AMAZON for nearly Zero-cost—yet they are unable to provide the smallest inkling of support when there is issues of Harassment, or abuse of power by its employees as previously stated in the complaint.  This stark contrast between "Amazon Heaven" and "Amazon Hell" is where the Tort of fraud begins to manifest. Gamers are seduced by the appealing AMAZON name, Plaintiff has been a "Prime-Member" for some 7 years, yet now has seen the uglier and more destructive side of AMAZON, as he is forever disabled because of the companies' lack of policy, and neglect.

40.    AMAZON GAMES is a grand departure from customer care, and AMAZON policy, as stated previously from the "Amazon Heaven" we referred to earlier. Yet there is an even darker side of AMAZON, in its DISCORD administration.  AMAZON GAMES has drifted so far from Customer Care and AMAZON policy, and their "Rogue" administration that operates with impunity in the DISCORD server; drifts even further away from AMAZON policy and represents worst side of this reality, in departure from customer care. Namely because now, these employees are operating on a 3rd party platform, without oversight, without auditing, within AMAZON GAMES, Far—Far—away from any form of duty to Customer Care, and even further away from accountability, because DISCORD and AMAZON's Customer's privacy, chat inputs, texts, and every form of communication is managed and essentially owned and operated by a completely different company, known as Discord Inc.

41.    In this context AG can employ their own whimsical policies as has been discussed and outlined in this complaint, as well as freely abuse customers from Alternative "Ghost" accounts, and AG staff has appointed their own "aristocracy" labeled "helpful" role to now effectively "control and troll" annoying & unruly AMAZON customers. These "helpful" role discord users are TROLLING, abusing, harassing, deflecting, and altogether disrupting the last shred and fiber of customer care that is essentially dead at this spectrum of AMAZON services.  In fine DISCORD can be viewed as the planet furthest from the Sun.

42.   We can refer to the sun as AMAZON where all policy, and procedure is dispensed. The further we get from the sun the darker and colder it gets.  AMAZON GAMES and DISCORD are so far away and detached from the normal support and service Plaintiff has received after 7+ years of being a Prime-Member and AMAZON customer.

43.   Plaintiff received a support e-mail again out of nowhere January 2nd 2024, strangely because Plaintiff has not opened any support tickets since before hospitalization (November 2023), it contains the same copy-paste spam as the previous replies, with footnotes reading "Earth's Most Customer-Centric Company".  It is just very strange behavior coming from that Studio and these exhibits will be provided with the motion for injunctive relief. It is very strange because Plaintiff requested specifically not to be contacted by AG and has not contacted AG since November 2023. Plaintiff was assured that notes would be added to his Amazon Retail / Amazon-Prime account that they would not transfer his support issues to AG further. AMAZON Retail assured Plaintiff that they would be working to resolve this issue outside of AG, through a "behavioral" investigation of its employees. Plaintiff declares that "Earth's Most Customer-Centric Company"… their game studio, AG, is being managed, or rather among their management team on all levels, exists some predatory and toxic gamers.  These toxic and predatory gamers amongst management, exist on both Administrative levels, and supportive levels.  AMAZON would be wise to begin to heavily audit their administrative powers by an oversight committee.  Especially over any powers where New World Game Admins can generate in game assets such as characters and gold.

44.  All of these circumstances created by the "bait" from Amazon, using its name and representation, to gain the trust of consumers, and funnel them into a severely mismanaged and toxic gaming universe.  These actions are fraudulent and unfair to consumers.

[Proceed to the next page]

## FOURTH CAUSE OF ACTION

## GROSS NEGLIGENCE

### *(Acts of negligence specific to neglecting the in-game environments and design)*

45.    Plaintiff declares that AMAZON created this video game, that AMAZON created this virtual reality, known as New World.  AMAZON created the system in which players can freely GRIEF and cause pain and suffering to each other, within an intended PVE matrix. AMAZON has a duty to create a non-toxic environment, even by their own standards. In the NEW WORLD support center, there is a category called "Disruptive conduct.  It is stated as follows:

46.    "Sections 1 and 2 within the Code of Conduct outline the following guidelines: "Treating other players the way they want to be treated" and "Playing to enjoy the game." A Disruptive Behavior penalty means the player engaged in disruptive behaviors that violate those guidelines.

Violations include, but are not limited to:

- Harassing/Threatening Players
  - Example: Continually sending messages to the same player against their wishes.
- Toxicity
  - Example Berating other players for struggling in group content.
- Bullying
  - Example: Taking part in our encouraging others to be verbally negative towards another player.
- GRIEFING / TROLLING
  - Example: Repeatedly dying in events to grief allied players.
- Impeding/Sabotaging group play"

47.    Plaintiff Declares that he was the target of all of these acts and violations, and more violations that are not listed here.  Plaintiff declares that he was the target of these acts and violations repeatedly over the course of Seven months. It is the duty of AMAZON to exercise due care to the customer, in creating a safe online environment for players, as seen here, even within their own standards.

48.    On September 9th 2023, Plaintiff contacted AG online chat support to follow up with and to document more harassment and stalking within the game.  AG employee DOE #3 "Mark" was disruptive to this process and unsympathetic telling Plaintiff "You should leave the server" and then closing the webchat.  Plaintiff reconnected to the Webchat hoping to connect to a different and more helpful agent.  Unfortunately, Plaintiff was connected to the same agent who immediately opened, then closed the support center webchat.  Again, in this instance Plaintiff was reaching out to AG and AMAZON for support to relieve him from being a target of Harassment, bullying, threats, stalking and many other violations; Instead of AMAZON employee DOE #3 "Mark", intentionally closes the web support and skirts around, trying to do the least to help someone who is suffering grievances within their community.

49.    This is one fine example of how AMAZON employees facilitated and participated in the cyberstalking, cyber-harassment, cyberbullying of the Plaintiff.  It should be noted that two months after this event the Plaintiff was hospitalized and diagnosed with Heart Failure.  Plaintiff declares that AMAZON is directly responsible and caused this permanent and life-altering disability.

50.    It should be noted that AMAZON staff, agents, employees participated in GRIEFING the Plaintiff, or causing the Plaintiff much grief, and sorrow, and caused him to have fear for the wellness of his investments in game, and for the wellness of himself and his intellectual properties after having invested substantially to create content across YouTube and Twitch; Plaintiff has created thousands and thousands of videos and content for the New World Community and Video-Game.

51. Defendants acted with gross negligence, and with reckless disregard for the safety of the Plaintiff. Causing the Plaintiff to sustain life altering injuries and caused him to develop a permanent and chronic disability. Exhibits of the video chat with AG/AMAZON employee "Mark" will be presented to the court with the motion for preliminary injunction, as these events were all connected and well documented by the Plaintiff. Plaintiff will be motioning for a Preliminary Injunction for emergency injunctive relief and protections.

## FIFTH CAUSE OF ACTION

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

*(IIED due to culmination of events & final blow, DISCORD BAN, 12 days before hospitalization)*

52. On November 8th 2023, Plaintiff was engaged in the New World Official Discord in a friendly game related discussion, when seemingly out of nowhere he was being forcibly timed out by some DISCORD administrator or someone lurking in the DISCORD, among AG Community Management. JOHN DOE #1 "TrevzorFTW" was and is always online generally in DISCORD, and seems to take unusual pride in his status being at the very top above everyone else. Plaintiff declares that AG Community Management worked in concert to discriminate against him and silence his speech which was not inappropriate.

53. At this point Plaintiff began to feel like he was being targeted and stalked and directly harassed by AG Employees, as someone began to timeout his text inputs to DISCORD over and over. Plaintiff began to feel like he was being targeted, and stalked and directly harassed by AG Employees, because previous to this, we have evidence that AG Employees have told him to "leave the server" (referring to El-Dorado New World Game Server), and closed support chats over and again, as well as being stalked and harassed in game for many months. Then being belittled and told to essentially quit the game when he asked for players to be investigated. Exhibits of the video recording of the support chat with "Mark" DOE #3, from AG online chat support will be provided with the complaint alongside motion for preliminary injunction.

54. At this time Plaintiff began to express frustration with being timed out in DISCORD noting that he wasn't saying anything wrong and the system and or Administration was causing him to be placed on Time-Outs over and over again repeatedly. Which reproductions of said time outs are to be included as Exhibits with the motion for preliminary injunction. After expressing frustration with these Time-outs Plaintiff was suddenly permanently banned from DISCORD, and tried multiple times to access the DISCORD via a new Discord invite hyper-link.

55. It is important for the courts to note the severity of the emotional distress that the Plaintiff began to suffer at this time, and in this moment. The moment that he was permanently banned for nothing. This is the moment that caused the Plaintiff the greatest height in his fear and panic, as it triggered intense anxiety and fear, triggering his PTSD, causing him to fear exceedingly for the welfare of his accounts in which Plaintiff has invested over 10,000 hours and over $1700 dollars.

56. In this one act, and abuse of power, by AMAZON/AG employees, Plaintiff began to experience the greatest and most profound stress, as these fears began to consume him, knowing now that AMAZON/AG has the power to permanently ban him with impunity. At this moment someone, or some employees within Community Management, or Administration, targeted the Plaintiff and provoked a life changing series of events that would go on disabling him for the rest of his life. The person or persons responsible for this act need to be appropriately named in this Complaint, when AMAZON has sufficiently conducted its investigations. Said investigations need to be brought forward to the court through due process and subpoena.

57. Although Plaintiffs actual New World Game accounts were not Banned in this action, he was essentially expelled from the community and game that he had very much loved and appreciated and invested so many hours in since 2021. Plaintiff perceived this act of unrighteous dominion to be a personal threat against himself, and his New World game accounts, again now witnessing that AG/AMAZON staff had power to permanently ban him from the community, with impunity. Exhibits of Plaintiffs hours invested, and monetary investments are to be included with the motion for preliminary injunction.

58.     AMAZON's shadow began to loom over him in this moment and changed his life forever.  In a hurricane of fear and panic Plaintiff began to experience shortness of breath.  Approximately three months had passed since Plaintiff had complained (in August 2023) to AG about in game harassment, bullying, and stalking.  As the shadow of his adversary (AMAZON/AG) began to loom over him he made a panic filled cry for help to Amazon Retail Customer Support, which phone call lasted a series of hours.  And was one of many recorded phone calls that proceeded after.  This particular cause of action, even now causes Plaintiff heaviness in his chest to recall and think about as he is drafting this Complaint.  It was the moment that all the abuses of AMAZON fell onto him at once and he could no longer sustain the stress and anguish that had been building in the subsequent months.

59.     Plaintiff was admitted into Emergency Room Hospitilization 12 days after this event on November 20th 2023, and diagnosed with Congestive Heart Failure due to 7 months of persistent and gross Negligence, Intentional Infliction of Emotional Distress, Cyberstalking & Stalking, Cyber Harassment & Harassment, Cyberbullying and Bullying; all these outrageous acts inflicted upon him not only by players in the community but now directly by AG STAFF and AMAZON Employees.  Plaintiff would discover from a phone call with Amazon Retail on November 17th and be told directly from an Amazon Employee investigating his case – that AMAZON STAFF "were found manipulating your in-game experience".  The exhibit of this phone call will be included with the motion for preliminary injunction.

60.     Plaintiff felt something was very wrong, around the time he began to initiate reports in August 2023, and attempted to keep good records.  However, it is inevitable that some internal investigations be conducted within AMAZON and Cyber forensics be conducted on the New World server logs and these results be brought forward by subpoena; in order to fully establish the magnitude of AMAZON's gross negligence, in and through the processes and procedures of discovery of evidence.

## SIXTH CAUSE OF ACTION

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

*(Pleas for help denied unto Plaintiff, exhausting himself in failed support loops, developing and*

*exacerbating CHF)*

61.     During the days of November 8th through November 17th Plaintiff frantically tried to resolve this issue with DISCORD.  Plaintiff was transferred to multiple different countries with a few AMAZON employees simply refusing to do anything and hanging up the phone.  AMAZON has a record of all of these phone calls, as well as the Plaintiff.  However, AMAZON's version may provide details or clarity in conversation that Plaintiff's version does not and visa versa. Therefore, both parties need to have the evidences brought to the court of these phone calls willingly or by court order and subpoena.

62.     Plaintiff tried nearly a dozen times to iterate, and reiterate what he was experiencing since May 2023, through November 8th 2023, but AMAZON Retail kept dodging the severity in spite of Plaintiff asking repeatedly for escalated support, and investigations.  With each failed support line, transferring Plaintiff back into the abyss of AMAZON GAMES doomful support system.  Plaintiff discovered on November 10th - 17th that every support ticket, every email, every phone call was closed on the associate level and was never escalated.  This was clearly documented and admitted by Amazon.com Inc., retail support on or about November 10th - 17th 2023.  [Precise date and phone call will be provided and Complaint amended when Plaintiff pinpoints the exact phone call recording as there are many and need to be reviewed and organized for the Court and motion for preliminary injunction.]

63.     These AMAZON employees were not given proper training, or tools to handle complex or sensitive support issues.  These employees were concerned primarily with productivity and closing their support tickets as rapidly as possible, so as to disable the Plaintiff from ever being able to receive any escalation, investigation, or true support.

64.   AMAZON showed no shame, in sustaining a system that allows a customer to repeatedly open support tickets, and be repeatedly and almost instantly shut down; and they would infinitely be prepared to close them and do nothing, while telling Plaintiff that he was a "valued Prime-Member".

65.   These actions were both carried out by employees with reckless disregard, and intentional disregard for the safety of Plaintiff and frankly any customer that could have a similar issue, complex or sensitive in nature.  The process of having to repeat oneself from the beginning of each support thread, support ticket or support call is terribly disgraceful, and exhausting. These employees should have full transparency from the beginning (i.e. they should see the entire support chain whether closed or not) and different levels of priority should be assigned to complex or sensitive cases.  Or customers will continue to be stuck in an endless loop of nullified support, worse having to repeat themselves, and to be transferred to the islands of the sea and far reaches of the earth trying to communicate with outsourced employees wielding broken, distorted, and rudimentary English.  There is nothing more beautiful than cultural diversity and sharing of opportunities for employment and industry, and giving people a chance at prosperity, and sharing the American Dream with different peoples and nations; but in resolving complex and sensitive issues AMAZON needs to allow customers the ability to speak clearly with other people who can clearly understand them.  AMAZON should allow customers to speak with associates of the same mother tongue (primary language), especially in matters that are complex and sensitive.

66.   The support logistics for AMAZON customers trying to resolve problems in the gaming and digital side of AMAZON, is again, literal "Amazon Hell".  It doesn't matter how many thousands of dollars you have purchased in pixels, (which they can infinitely generate <u>at no cost to the company AT ALL</u>; yet players pay thousands of dollars for these), or how many years you have been a "Prime-Member", AMAZON is not at all geared to accept complaints about the behavior of its employees or escalating these issues.  The complex waltz that the Plaintiff had to navigate to finally find a needle in a haystack, to obtain a "Behavioral Investigation" over employees was a desperate and terrible journey.

67.     This terrible and desperate journey was filled with numerous acts where AMAZON'S atrocious policy, or altogether lack thereof, was symmetrical in causing Plaintiff to suffer in desperation, and to begin having troubles breathing, and even verbalizing in support chats, and phone calls that perhaps he might need to visit the VA or the hospital.  The drone of call centers and the clattering of keyboards and the pursuit of productivity drowned out any chance to truly be heard, on top of language barriers.

68.     Therefore how are we to establish intention when AMAZON'S appendages or its employees are rendered almost completely unconscious due to lack of policy and terrible conditions for the customer?  What terrible conditions are these AMAZON employees in?  What conditions are they in when they must close support tickets, and policy doesn't allow them to escalate? Or perhaps this escalation denotes their work ethic is unacceptable [by Amazons internal ratings on employees] and could put the employee in a bad situation and threaten their employment? These collective variables make the problem even more complex, when the customer simply just needs escalation or specialized support.  We must hold AMAZON accountable for the programing, the design and the ultimate composite will; of its own machine, which it has created.

69.     This very machine, as it can be likened to a machine, when so many employees work together negligently, and recklessly; this machine has complex elements of intention and the lack thereof!  Therefore, all these details need to be brought before the court and carefully examined so that the full intentions and culpability of AMAZON can be manifested.

[Proceed to the next page]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# SEVENTH CAUSE OF ACTION

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

*(Amazon Corporate agents hanging up the phone, dead-end support loop continued)*

70.    In attempts to escalate and reach a department that could understand the Plaintiff's issue, eventually, Plaintiff was able to find the phone number to AMAZON CORPORATE. In a last-ditch effort to find someone or some means whereby to present these issues; someone who might understand them.   At this point in the Plaintiff's exhausting odyssey, the mystery of how to escalate a support ticket could be likened unto... trying to solve a 7-Dimensional Rubik's Cube. Plaintiff factually spoke with residents of the Philippines, Jamaica, India, [this portion needs to be amended when the call logs are reviewed again, because there is a few more locations that Plaintiff is unable to identify right now].

71.    The first corporate AMAZON agent provided basically dead-end support, again there was nobody, and no department [or at least these employees declined to assist], no management, nothing.  Eventually the first corporate AMAZON agent just hung up the phone, which they do have the right to do, but only after providing or fulfilling some stipulation. [This section needs to be amended when the call logs are reviewed, there is a certain Policy that AMAZON corporate exercises for disconnecting calls, but only after X is fulfilled].  Plaintiff was amidst asking and clarifying potential support channels when this agent disconnected the call.

72.    The second AMAZON corporate agent was easier to talk to but provided close to dead-end support, attempting to refer Plaintiff to reach out to AG Developers over Linked-In, the social media website.  Surprisingly this was the closest [the Linked-In proposition] Plaintiff would ever really come to being able to speak to a manager or upper management within AMAZON GAMES—of course the probability of one of them seeing, let alone answering a DM over Linked-In, or even trying to fathom that as reasonable support outlet is perplexing.  Again AMAZON employees hands were tied, or it was a series of misfortunate support call events, or both.

73.     These phone calls to AMAZON CORPORATE occurred on, or near November 11th, 2023. 9 days before Plaintiff would be hospitalized and diagnosed with CHF.  At the end of the day, this is still one adversary, AMAZON; taking the shape and form of many different employees, who are acting consciously and willfully to fulfill the will of the greater machine as a whole or as a hive mind.  Just as we establish minimum contacts by presenting AMAZON as a resident or Citizen of a state or country to determine jurisdiction and venue; all these multicolored and multifaceted levels of neglect, reckless disregard, intentional infliction of emotional distress; all details should still be attributed to one whole.  And when considering the complexity of that whole—and its power to oppress, defraud and administer malice—should be alarming to those who consider the liabilities… of such a complex machine.  Especially when profits are more valuable than people.

74.     In some cases these employees must also suffer, not just the customers.  But sadly in other cases, these AMAZON employees delight in quarrelling.  It's a dangerous game of roulette, especially if the needs of the customer are complex, or sensitive.

75.     Due to the complex nature of these interactions with so many employees, from so many departments, and finally being suffocated even at the corporate level, after Plaintiff traveled through a maze designed to oppress, we can only arrive to one conclusion; this is not only on the same level as intent, but its dangerously more gross.  As it is effectively a machine, and a hive mind, with conscious and unconscious components, appendages, or elements.  This invokes the question of how does one seek equitable relief against such a complex adversary?

[Proceed to the next page]

1

2

3

4

### EIGHTH CAUSE OF ACTION
### AGGRAVATED HARASSMENT
*(Seven months of in-game harassment)*

5   76.   Plaintiff declares that between May 2023 and November 2023 for the approximate

6   span of about Seven Months, Plaintiff was the subject to aggravated harassment, in the form of

7   cyber harassment, in which random players, GUILDS, and AMAZON GAMES/AMAZON

8   Employees participated in active GRIEFING AND TROLLING methods, exploiting the poorly

9   designed end-game mechanic mentioned herein as DDS.

10   77.   Plaintiff was accustomed to participating in 20-50 DUNGEONS or MUTATION

11   "lobbies" per week, (across two accounts bearing the same or similar character name so as to be

12   identified by the stalkers and TROLLS). These DUNGEONS can be described as the pinnacle of

13   New World's End-Game design.  In which 5 players join in a "party", or "group" and undertake

14   certain obstacles and challenges for unique rewards.  These DUNGEONS, in their highest

15   respective difficulty, require that each player should generally use all means and advantages

16   available to them to succeed well.  If one or more players are not prepared it could pose a more

17   difficult challenge.  For this reason, there is a "gear score" requirement.  At least 5 dungeons per

18   week would have at least one or more TROLLS, manipulating their gear score, to apply DDS—

19   making the DUNGEON not just difficult, but impossible to conquer.

20   78.   Because Plaintiff was very determined to succeed and win, he often shouldered the

21   blunt end of these attacks, internalizing, strategizing, wondering in frustration why he could

22   succeed with masterful ease with some groups, then other groups would be completely and utterly

23   destroyed.   It wasn't until about July or August that Plaintiff began to suspect that something

24   wasn't right.  It is difficult to quantify and describe how much anguish and turmoil was

25   experienced by the Plaintiff.  As he had dedicated himself to not only succeeding and progressing

26   within New World, but also making content for New World. As the TROLLING grew more

27   intense, also did Plaintiff's inner turmoil.  This caused Plaintiff to double down try even harder to

28   be successful, but still failing miserably whenever DDS would be applied.

79.   It is difficult to describe in words how destructive DDS is to New World. This mechanic is also known generally as "Gear Score Scaling" among the high-end players. So many hundreds of lobbies, so many friendships or potential friendships are destroyed everyday because people do not realize that this mechanic is literally changing the entire difficulty of the DUNGEON in real-time. Due the very buggy and susceptible nature of the CryEngine (New World's Graphics Engine), DDS and "Gear Score Scaling" could occur randomly as well.

80.   This seven-month period, was wrought with a very deep and poignant suffering as stress levels were internalized, and Plaintiff struggled to beat a game, that was impossible to win under the circumstances of DDS exploitation, and persistent harassment as random players, organized GUILDS, & AMAZON GAMES Employees TROLLED to GATEKEEP their positions on the LEADERBOARDS. Again, this level of toxicity cannot be measured, the irrecoverable damage that was inflicted not only to New World's player base but also to the Plaintiff.

81.   Things would have been dramatically different if the User Interface simply specified that the DUNGEON's difficulty was being scaled, and by whom the DDS was triggered. However, AMAZON GAMES chose to hide this mechanic behind the User Interface and make it a mystery to understand. But alas the damage has already been done, and Plaintiff wishes very much to be able to describe in greater detail the complexities of this Cause of Action—and all causes of action contained in this Complaint, but other portions and Causes of Action need to be addressed too. Plaintiff pleads for understanding of the court in the difficulty of describing a complex coding, and technical issue, a design flaw mixed with many glitches. However, Plaintiff is determined to provide everything in detail but must continue with the remaining body of the Complaint.

82.   There is much evidence to support multiple counts or numbers of each of these Causes of Action. The overall faulty and highly exploitable design rendered Plaintiff and many players as moving targets, for anyone who wanted to GRIEF. Unfortunately, cyberspace today is filled with numberless TROLLS. As strange and new as this terminology may be to some, Plaintiff wishes to urge to the court how very real these terms are [i.e., GRIEFING, TROLLING and the terms in the GLOSSARY]. Plaintiff wishes to urge to the court how very real, and how very destructive this type of behavior can be, and how destructive these malicious players can be.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### NINTH CAUSE OF ACTION

### AGGRAVATED STALKING

*(Seven months of in-game stalking)*

83.　Plaintiff declares that between May 2023 and November 2023 for the approximate span of about Seven Months, Plaintiff was the subject to aggravated stalking in the form of Cyberstalking.  This is a disturbing and complex form of stalking and its elements have been fulfilled by the incessant and persistent threat the Plaintiff was subjected to during this time-period.  These acts were perpetrated by random players looking for an opportunity to inflict GRIEF and suffering upon Plaintiff himself, and upon random DUNGEON lobbies. These acts were perpetrated by random TROLLS, organized groups, and GUILDS and by AMAZON GAMES/AMAZON employees.

84.　The threatening element of this form of stalking is difficult to quantify.  As Plaintiff experienced the threats to himself within the online world, and the grief, suffering and pain of these threats carried over into real life, causing Plaintiff to develop CHF, and exacerbating Plaintiff's complex PTSD.  These threats were not often verbal, rather they were actions, which caused Plaintiff to always fear for the safety of himself, in the online world; for which he has created thousands of videos across YouTube and Twitch.

85.　Plaintiff has made a small career in content creation across various social media platforms and across YouTube and Twitch. The constant threat of being harassed or stalked in game, caused Plaintiff to cease, for the most part in content creation. Because unfortunately the content would only feature the utter destruction of most of the Plaintiff's DUNGEON lobbies, and parties failing, to the constant threat of LEADERBOARD stalking and harassment, and the exploitation of DDS.

86.　Ultimately this constant stalking, combined with harassment, and bullying caused Plaintiff to develop CHF, and created additionally a life-threatening hospitalization.

1
2
3
4

<u>10th CAUSE OF ACTION</u>

<u>GROSS NEGLIGENCE</u>

*(AMAZON GAMES creating and perpetuating DDS and specifically neglecting it out of convenience)*

5        **87.**   Due to AMAZON's faulty and highly exploitable technology, DDS, Plaintiff was the
6   subject to online GRIEFING, bullying, harassment, and stalking.   These acts were perpetrated by
7   random players looking for cheap thrills, random TROLLS, organized groups, GUILDS and
8   AMAZON GAMES/AMAZON employees.

9        **88.**   AMAZON GAMES has multiple studios. Three of which are located on the west-
10  coast.  New World's El-Dorado server belongs to a datacenter located in OREGON USA (West
11  Coast). Online-Gamers prefer to connect to servers that are closest to them, to prevent high ping
12  or "lag" when gaming.  El-Dorado (Plaintiff's Server) is conveniently located on the US-West
13  Coast, where again, three AMAZON GAMES, Studios, connect to.

14       **89.**   On November 17th, Plaintiff was informed that AMAZON staff, had been
15  manipulating his in game experience.  The full extent of such manipulation, requires full
16  disclosure from AMAZON's internal "employee behavioral department."  In addition, cyber-
17  forensics needs to be conducted to ascertain the full scope of this "manipulation".  New World
18  Server Logs, Employees logs for generating in game assets, including spawning in Gold, instantly
19  leveling characters, all these facets of abuse by AMAZON GAMES employees needs to be audited,
20  investigated, and rightfully prosecuted.

21       **90.**   DDS existed persistently throughout the entire seven months span in which Plaintiff
22  was subjected to constant cyber abuses.  AMAZON has a duty to care to the customer to create a
23  safe online world as per its own standards and many laws throughout the state of California.
24  While the other causes of action before this one focused on the generalized negligence, within the
25  support system itself; this cause of action focuses on the creation, the existence, and perpetuation
26  of DDS and its easily exploited and faulty nature.

27
28

91.   The results of said exploitations, resulting in traumatic and persistent emotional distress being inflicted upon the Plaintiff.  Plaintiff notified AMAZON GAMES in writing across multiple e-mails, and submitted bug reports, as well as published videos on YouTube regarding this technology.  Yet to this day it remains the most parasitic bug [bug or glitch in computer programming terms] in New World.

92.   Due to the lack of care, breach of care to customer, and over all outrageous acts committed against the Plaintiff, as a result of DDS, Plaintiff has developed CHF, and is permanently disabled for life.

## 11th CAUSE OF ACTION

### GROSS NEGLIGENCE

*(Collective gross negligence, dead-end support loop)*

93.   As stated in the 7th Cause of Action, this cause reflects the negligent side of that particular Cause of Action.  In that after being transferred via phone support and being completely shut down at every hand in his petition, and pleas for help to relieve his suffering; during this Seven month period—AMAZON and its many counterparts both employees, departments, corporate offices, officers and agents, AMAZON GAMES and all of its employees who interacted with the Plaintiff but neglected to escalate or provide support, equally bare and are to blame for this amalgamation of Gross Negligence.

94.   This Complaint and civil suit, brings before the light of the law, curious questions that need to be answered.  Our lives in part, have been assimilated into a digital world, whose actions have real life consequences.

95.   Once again, AMAZON had the duty and opportunity to provide support but grossly neglected the Plaintiff's pleas and petitions on every hand.  Plaintiff was backed against a wall and has lost much, suffered greater, and according to statistical information and research, his life has been shortened significantly.

96.   Plaintiff has wrestled through much to arrive to this point.  Plaintiff pleas and prays before the court to hear these Causes of Actions in court, and if possible to provide injunctive relief, and protections to ensure that a cry for justice is heard.

## VI. INJUNCTIVE RELIEF AND PRAYER FOR SUPPLEMENTAL LEGAL AID

97.   Plaintiff pleads for injunctive relief, generally to prohibit AMAZON from retaliating against Plaintiff in the form of banning, abridging, suspending, or in any way negatively altering current and existing AMAZON services which are presently in good standing.  Plaintiff has already suffered irreparable harms, and still yet can suffer more irreparable harms if AMAZON responds to this Complaint with any retaliatory acts.

98.   Plaintiff is preparing a motion for preliminary injunction to be served with complaint to AMAZON in hopes to protect himself from any retaliation, to preserve status quo, and to prevent any irreparable future harm due to the current looming and impending doom he is feeling from his experiences with AMAZON and AMAZON GAMES, together, as a whole.  Plaintiff fears for his safety, the safety of his investments and intellectual properties (content produced across YouTube and Twitch), safety of his current AMAZON services and Game Accounts, which are all in good standing as of the filing of this complaint.

99.   Plaintiff also has also found in his legal research a ruling in the Supreme Court decision Turner v. Rogers (2012) which suggests "civil court proceedings have to be fundamentally fair, that courts should create forms to help pro se litigants participate fully in the justice system *and hinted that at least in some civil cases, the government might have to provide free legal assistance to parties who cannot afford to hire a lawyer*."  If there is any truth to this research Plaintiff would greatly benefit from and appreciate any help the Government or County Court system can provide.

[proceed to next page]

100.    Plaintiff has declared his USARMY Veteran status, and disabled status in the complaint.  Plaintiff lives below the poverty line and would appreciate the consideration of any rights and protections that may be provided to him throughout this intense and complex legal process.  Plaintiff would like to point out the disparities between his own financial and intellectual capabilities, representing himself *pro se*; as he faces a proverbial "Goliath", Amazon.com Inc., and its constituents with seemingly endless financial and legal capabilities as a Corporate Super-Power.

## VII. PLEADING FOR COMPENSATORY DAMAGES, PUNITIVE DAMAGES AND REQUEST FOR JURY TRIAL

As a result of the actions of AMAZON as a multifaceted Machine of Malice, fraud and oppression, Plaintiff has sustained life altering injuries and paid a near ultimate price and has had his life expectancy significantly reduced, and life cut short.

The many tentacles of AMAZON's Machine of Malice had nearly wringed all life from him, rendering the Plaintiff completely immobile, suffering from Congestive Heart Failure, Sepsis, organ shock and failure, Anemia, and other life-threatening complications when medical professionals were able to essentially resuscitate him— as family described his state as "Living-Dead".

As a result of all the described conduct contained in the body of this Complaint, and all the Causes of Actions contained therein; Plaintiff has suffered and continues to suffer great pains within his mind and, body and soul.  Grief and Shock, exceeding emotional distress, coupled with fears and anxieties, post-sepsis syndrome, feelings of disgrace and reliving layers of trauma from excruciating triggers related to Complex Post Traumatic Stress Disorder.  Plaintiff experiences a grave depravation in the loss of enjoyment of life.  Plaintiff has suffered and will continue to experience ongoing suffering. Plaintiff will require surgeries in hopes to regain critical functions within the organs of the body that suffered alongside with his heart—which the full extent of damages has yet to be determined.  Plaintiff will undoubtedly require surgeries to regain lost life.

1    WHEREFORE, Plaintiff prays for a Jury trial and judgement against the Defendants, and

2  for each of the following items, <u>DUE TO ALL CAUSES OF ACTION</u>

3

4    1.    For past, present and future general damages; with interests and consideration of

5  economic inflations, and Demand for a Jury Trial;

6    2.    For past, present and future special damages, including but not limited to past,

7  present and future lost earnings, economic damages and others, damage to intellectual properties;

8  with interests and consideration of economic inflations;

9    3.    For past, present, and future suffering, as Plaintiff is also witnessing the suffering of

10  his family members in mourning his life cut significantly shorter; with interests and consideration

11  of economic inflations;

12    4.    For past, present, and future medical expenses, statutory damages, cost of suit, for

13  interest and inflation as permitted by law; medical expenses to secure future heart, lung, and

14  kidney transplants or surgeries as these organs begin to deteriorate along with the heart in cases

15  of CHF.

16    5.    For emergency funeral expenses if Plaintiff passes away at any time due to

17  complications of CHF; For items 1-5 Plaintiff is pursuing $7 Billion Dollars USD in compensatory

18  damages, for any and or all of these appropriate damages;

19    6.    For appropriate treble damages, and finally for causing a permanent lifelong chronic

20  disability to the Plaintiff due to AMAZON.COM INC's terrible acts of Malice, Fraud and

21  Oppression, Plaintiff is pursuing the amount of $70 Billion Dollars USD in punitive and exemplary

22  damages;

23    7.    For injunctive relief and for any further relief as the court may deem proper.

24

25

26  January 9th 2024

27  **DATE**                          **PLAINTIFF IN PRO PER**

28

---

**HAYMORE V. AMAZON.COM INC.   *   COMPLAINT PAGE 33**

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SACRAMENTO
### SACRAMENTO, CALIFORNIA, 95814
### 916-874-5522
### WWW.SACCOURT.CA.GOV

---

## ALTERNATIVE DISPUTE RESOLUTION
## INFORMATION PACKAGE

Recognizing that many civil disputes can be resolved without the time and expense of traditional civil litigation, the Superior Court of California, County of Sacramento (Sacramento County Superior Court), strongly encourages parties in civil cases to explore and pursue the use of Alternative Dispute Resolution.

### What is Alternative Dispute Resolution?

Alternative Dispute Resolution (ADR) is the general term applied to a wide variety of dispute resolution processes which are alternatives to lawsuits. Types of ADR processes include:

- Arbitration
- Mediation
- Settlement Conferences

- Private judging
- Neutral evaluation

- Mini-trials
- Negotiation and *hybrids* of these processes

All ADR processes offer a partial or complete alternative to traditional court litigation for resolving disputes. At the present time, the Sacramento County Superior Court offers Mediation and Arbitration.

### What are the advantages of using ADR?

ADR can have a number of advantages over traditional court litigation.

- **ADR can save time.** Even in a complex case, a dispute can be resolved through ADR in a matter of months or weeks, while a lawsuit can take years.

- **ADR can save money.** By producing earlier settlements, ADR can save parties and courts money that might otherwise be spent on litigation costs (attorneys fees and court expenses.)

- **ADR provides more participation.** Parties have more opportunity with ADR to express their own interests and concerns, while litigation focuses exclusively on the parties' legal rights and responsibilities.

- **ADR provides more control and flexibility.** Parties can choose the ADR process most appropriate for their particular situation and that will best serve their particular needs.

- **ADR can reduce stress and provide greater satisfaction.** ADR encourages cooperation and communication, while discouraging the adversarial atmosphere found in litigation. Surveys of disputants who have gone through ADR have found that satisfaction with ADR is generally high, especially among those with extensive ADR experience.

### Arbitration and Mediation

Although there are many different types of ADR processes, the types most commonly used to resolve disputes in California state courts are Arbitration and Mediation. The Sacramento County Superior Court currently offers pre-screened panelists with experience and training in each of the following areas.

**Arbitration.** An Arbitrator hears evidence presented by the parties, makes legal rulings, determines facts and makes an Arbitration award. Arbitration awards may be entered as judgments in accordance with the agreement of the parties or, where there is no agreement, in accordance with California statutes. Arbitration can be binding if the parties so agree in writing. If there is no such agreement, either party can reject the Arbitration award and request a trial.

---


**Mediation.** Mediation is a voluntary, informal, confidential process in which the Mediator, a neutral third party, facilitates settlement negotiations. The Mediator improves communication by and among the parties, helps parties clarify facts, identify legal issues, explore options and arrive at a mutually acceptable resolution of the dispute.

Litigants are encouraged to use an ADR process as early in the case as circumstances permit. All appropriate cases will be reviewed for referral to ADR at the Case Management Conference(CMC).

### ADR Procedures for the Sacramento County Superior Court

Upon filing a complaint or cross-complaint, the plaintiff/cross-complainant must acquire this information package from the Court's Website, http://www.saccourt.ca.gov, or the Superior Court Clerk. Plaintiff is required to include the ADR Information Package when he or she serves the Complaint on the Defendant.

The court's ADR Panel List is available on-line at http://www.saccourt.ca.gov or may be obtained at the Civil Filing Counter at the Gordon D. Schaber Sacramento County Courthouse, 720 Ninth Street, Room 101, Sacramento, CA 95814.

**Mediation.**

All parties to the dispute may voluntarily agree to submit the case to a neutral Mediator, either through a court-appointment or through a private arrangement. The parties may choose either of the following Mediation choices:

> **Private Mediation.** Parties to a civil action agree to mediate their dispute with a Mediator of their choice without court assistance. The cost of Mediation must be borne by the parties equally unless the parties agree otherwise. Parties will be charged an amount as set by the Mediator (refer to the ADR Panel List for current rates).

> **Court Mediation.** Upon stipulation of the parties, a Mediator and alternate Mediator will be selected from the court-approved list of neutrals (ADR Panel List). The court will confirm the selected Mediator and notice parties by mail.

> The Mediator is then responsible for contacting the parties to confirm a date, time, and place for Mediation. Mediators on the court's approved ADR Panel List have agreed to provide up to three (3) hours of pro-bono Mediation. In the event the Mediation extends beyond 3 hours and parties determine it would be beneficial to continue the Mediation process; the parties will independently be responsible for compensating the Mediator in an amount as set by the Mediator.

### _UNLIMITED CIVIL CASES_

- A _Stipulation and Order to Mediation – Unlimited Civil Cases,_ Form CV\E-MED-179 _(see attached)_ may be filed with the court at any time up to 15 calendar days prior to the Case Management Conference.

- If the parties do not stipulate to Mediation prior to their CMC, they may indicate their willingness to stipulate to Mediation at the CMC. In that event, parties must submit a _Stipulation and Order to Mediation – Unlimited Civil Cases_ within 14 calendar days after their CMC.

### LIMITED CIVIL CASES

- Parties may select and conduct voluntary Private Mediation without notification to the Court.

- Parties may stipulate to court mediation by filing a Stipulation and Order to Arbitration/Mediation - Limited Civil Cases form (CV\E-203) at any time after the filing of the Limited Civil Case Status Memorandum form (CV\E-202). This form is located on the court's website at http://www.saccourt.ca.gov. A Stipulation and Order to Arbitration/Mediation – Limited Civil Cases MUST be filed concurrently or subsequent to a Limited Civil Case Status Memorandum.



**Arbitration**

*UNLIMITED CIVIL CASES*

- Plaintiff may elect, the parties may stipulate, or the judge may Order the case to Arbitration. Parties will be asked to select an Arbitrator and three alternate Arbitrators from the court's ADR Panel List. The court will send a Notice of Appointment and an appropriate Order to Arbitration to all parties.

- Arbitrations are conducted pursuant to California Rules of Court, rules 3.810 through 3.830, and Local Rules Chapter 2, Part 5. Unless otherwise stipulated, an Award of Arbitrator is not binding upon the parties provided that they file a timely Request for Trial De Novo pursuant to California Rules of Court, rule 3.826. Upon the filing of a timely Request for Trial De Novo, the case will proceed to a Trial-Setting Conference. If no timely Request for Trial De Novo is filed, judgment based upon the Award of Arbitrator will be entered pursuant to California Rules of Court, rule 3.827.

LIMITED CIVIL CASES

Arbitration may occur in a limited civil case under the following circumstances:

- When all parties stipulate to arbitration pursuant to Code of Civil Procedure section 1141.12. A stipulation for arbitration shall be filed using the Court's local form, Stipulation and Order to Arbitration/Mediation – Limited Civil Cases form (CV\E-203). A Stipulation and Order to Arbitration/Mediation – Limited Civil Cases MUST be filed concurrently or subsequent to a Limited Civil Case Status Memorandum form (CV\E-202).

- When plaintiff elects to refer the case to judicial arbitration. A written election by the plaintiff to submit an action or proceeding to arbitration shall be filed using the Court's local form, Limited Civil Case Status Memorandum form (CV\E-202).

**Additional Information**

For additional information regarding the Court's ADR program, please go to the Court's website http://www.saccourt.ca.gov.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME, STATE BAR # AND ADDRESS): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.                              FAX NO. (*Optional*)<br>EMAIL ADDRESS (*Optional*)<br>ATTORNEY FOR (*NAME*): | |
| **Superior Court of California, County of Sacramento**<br>720 Ninth Street, Room 101<br>Sacramento, CA 95814-1380<br>(916) 874-5522—Website www.saccourt.ca.gov | |
| PLAINTIFF/PETITIONER: | CASE MANAGEMENT CONFERENCE DATE: |
| DEFENDANT/RESPONDENT: | |
| **STIPULATION AND ORDER TO MEDIATION – UNLIMITED CIVIL** | CASE NUMBER:<br><br>ASSIGNED DEPT.: |

The parties and their attorneys stipulate that the claims in this action shall be submitted to the following mediation process:

**Type of Mediation (select one):**

☐   **1. Court Mediation.** *Mediators on the court's approved ADR Panel List have agreed to provide up to three (3) hours of pro-bono Mediation. In the event the Mediation extends beyond 3 hours and parties determine it would be beneficial to continue the Mediation process: the parties will independently be responsible for compensating the Mediator in an amount as set by the Mediator.*

☐   **2. Court Mediation in lieu of previously ordered Arbitration.** *Mediator's on the court's approved ADR Panel List have agreed to provide up to three (3) hours of pro-bono Mediation. In the event the Mediation extends beyond 3 hours and parties determine it would be beneficial to continue the Mediation process: the parties will independently be responsible for compensating the Mediator in an amount as set by the Mediator.*

☐   **3. Private Mediation.** *Per Local Rule 2.84 the cost of mediation must be borne by the parties equally unless the parties agree otherwise. Parties will be charged an amount as set by the Mediator.*

☐   **4. Private Mediation in lieu of previously ordered Arbitration.** *Per Local Rule 2.84 the cost of mediation must be borne by the parties equally unless the parties agree otherwise. Parties will be charged an amount as set by the Mediator.*

**Neutral**

Court Neutral Selected:              Name_____
(If type of Mediation selected above is option 1 or 2)

Alternate Court Neutral Selected:    Name_____
(If type of Mediation selected above is option 1 or 2)

Alternate Court Neutral Selected:    Name_____
(If type of Mediation selected above is option 1 or 2)

Private Neutral Selected:          Name_____
(If type of Mediation selected above is option 3 or 4)

**Other Stipulations**

☐   Discovery to remain open 30 days prior to trial.

Additional Stipulations:  _____

---

**STIPULATION AND ORDER TO MEDIATION – UNLIMTED CIVIL**

PLAINTIFF/PETITIONER: _____   CASE NUMBER: _____

DEFENDANT/RESPONDENT: _____

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Name of Party Stipulating | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |

Bar # _____
Address _____
_____

☐ Plaintiff  ☐ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant  Dated: _____

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Name of Party Stipulating | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |

Bar # _____
Address _____
_____

☐ Plaintiff  ☐ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant  Dated: _____

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Name of Party Stipulating | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |

Bar # _____
Address _____
_____

☐ Plaintiff  ☐ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant  Dated: _____

☐ Additional Signature Page(s) Attached

## ORDER

**The foregoing stipulation having been read and considered, and good cause appearing, now therefore:**

☐ Stipulation and Order to Mediation deferred to Case Management Conference.

☐ The Court orders the parties to enter mediation as stipulated above, pursuant to Chapter Two – Part 5 of the Local Rules.

☐ Previously scheduled Case Management Conference is vacated.

☐ Previous order to Arbitration is vacated and appointment of Arbitrator rescinded.

☐ The case is ordered to the Trial-Setting Process. The Trial and Settlement Conference dates shall be selected no later than

_____

☐ Trial-Setting Conference is vacated.

☐ Time to Select Trial date and Mandatory Settlement Conference date is extended to _____

☐ Mediation Status Conference set for: _____ _____ _____
                                              Date                  Time                Department

☐ Stipulation and Order to Mediation denied.

☐ It is further ordered that: _____

_____

Dated: _____   Signed: _____

                                                                  **Judge of the Superior Court**

# STIPULATION AND ORDER TO MEDIATION

### *(Additional Signature Page)*

PLAINTIFF/PETITIONER: _____   CASE NUMBER: _____

DEFENDANT/RESPONDENT: _____


_____   _____   _____
Name of Party Stipulating    Name of Party or Attorney Executing Stipulation    Signature of Party or Attorney

Bar # _____

Address _____

_____

☐ Plaintiff  ☐ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant  Dated: _____


_____   _____   _____
Name of Party Stipulating    Name of Party or Attorney Executing Stipulation    Signature of Party or Attorney

Bar # _____

Address _____

_____

☐ Plaintiff  ☐ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant  Dated: _____


_____   _____   _____
Name of Party Stipulating    Name of Party or Attorney Executing Stipulation    Signature of Party or Attorney

Bar # _____

Address _____

_____

☐ Plaintiff  ☐ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant  Dated: _____


_____   _____   _____
Name of Party Stipulating    Name of Party or Attorney Executing Stipulation    Signature of Party or Attorney

Bar # _____

Address _____

_____

☐ Plaintiff  ☐ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant  Dated: _____


_____   _____   _____
Name of Party Stipulating    Name of Party or Attorney Executing Stipulation    Signature of Party or Attorney

Bar # _____

Address _____

_____

☐ Plaintiff  ☐ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant  Dated: _____

---

Stipulation and Order to Mediation – Unlimited Civil



**SUPERIOR COURT OF CALIFORNIA**
**County of Sacramento**
**720 Ninth Street**
**Sacramento, CA  95814-1380**
**(916) 874-5522—Website www.saccourt.ca.gov**

**Program Case Notice**
**Unlimited Civil Case**

The Case Management Program (CMP) requires the following timelines to be met in all cases except those that are excluded by California Rule of Court 3.712(b), (c) and (d) and Local Rule 2.46(B), (E) and (F).

| Action | Requirement |
|---|---|
| **Service of Summons** | Summons, complaint and program case notice must be served on all named defendants and proofs of service on those defendants must be filed with the court within **60 days** from the filing of the complaint. |
| | When the complaint is amended to add a new defendant, the added defendant must be served and proofs of service must be filed within **30 days** after the filing of the amended complaint. |
| | A cross-complaint adding a new party must be served and proofs of service must be filed with the court **30 days** from the filing of the cross-complaint. |
| **Statement of Damages** | If a statement of damages pursuant to Section 425.11 of the Code of Civil Procedure or a statement of punitive damages is required, it must be served with the summons and complaint. |
| **Responsive Pleadings** | If a responsive pleading is not served within the time limits and no extension of time has been granted, the plaintiff within **10 days** after the time for service has elapsed must file a request for entry of default. |
| | Parties may stipulate without leave of court to one 15-day extension beyond the 30-day time period prescribed for the response after service of the initial complaint. |
| | No extensions of time to respond beyond **105 days** from the filing of the complaint may be given. |
| **Judgment by Default** | When default is entered, the party who requested the entry of default must apply for a default judgment against the defaulting party within **45 days** after entry of default, unless the court has granted an extension of time. |
| **Case Management Statement** | The court will provide a notice of case management conference on the filing parties at the time that the case is filed with the court.  A case management statement shall be filed at least **15 calendar days** prior to the date set for the case management conference. |
| **Mediation Statement** | The Mediation Statement shall be filed concurrently with the Case Management Statement, unless the parties have filed a Stipulation for Alternative Dispute Resolution form with the ADR Administrator at any time up to 15 calendar days prior to the Case Management Conference, as required by Local Rule 2.51(E). |
| **Meet and Confer** | Parties must meet and confer, in person or by telephone as required in California Rules of Court 3.724 at least **30 calendar days** before the case management conference date. |
| **Case Management Conference** | A case management conference is generally held within **180 days** of the filing of the complaint. |

Failure to comply with the program rules may result in the imposition of sanctions or an order to show cause. Please refer to Local Rules Chapter Two – Part 4 for more information.

**NOTE: THIS NOTICE MUST BE SERVED WITH THE SUMMONS AND COMPLAINT.**

---

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SACRAMENTO | Court Use Only |
|---|---|
| COURTHOUSE ADDRESS:<br>Gordon D. Schaber Superior Court<br>720 9th Street, Sacramento, CA 95814 | |
| PLAINTIFF/PETITIONER:<br>Andrew Grant Haymore | |
| DEFENDANT/RESPONDENT:<br>Amazon.com, Inc. et al | |
| **NOTICE OF CASE ASSIGNMENT<br>AND CASE MANAGEMENT CONFERENCE<br>(UNLIMITED CIVIL CASE)** | CASE NUMBER:<br>24CV000231 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

### NOTICE OF CASE ASSIGNMENT

Pursuant to rule 3.734 of the California Rules of Court, this action is hereby assigned for limited purposes to the judicial officers indicated below:

| PURPOSE | ASSIGNED JUDGE | COURT LOCATION | DEPARTMENT |
|---|---|---|---|
| **LAW & MOTION** | Richard K. Sueyoshi | Hall of Justice | 53 |
| **CASE MANAGEMENT<br>PROGRAM** | Thadd A. Blizzard | Gordon D. Schaber<br>Superior Court | 43 |

Please refer to Chapter Two – Parts 3 and 4 of the Sacramento Superior Court Local Rules and the Court's website for additional filing instructions and hearing reservation information.

### NOTICE OF CASE MANAGEMENT CONFERENCE

**Hearing Date**

The above entitled action has been set for a case management conference at **8:30 AM** on **January 10, 2025** in **Department 43** in accordance with California Rules of Court 3.722. You must be familiar with the case and fully prepared to participate effectively in the case management conference.

**Case Management Statement**

All parties must file and serve a case management statement at least 15 calendar days before the case management conference. Parties are encouraged to file a single joint case management statement.

**Minimum Requirements**

Prior to the filing of the case management statement, the parties should have done the following:

- Served all parties named in the complaint within 60 days after the summons has been issued
- Ensured that all defendants and cross-defendants have answered, been dismissed, or had their defaults entered
- Met and conferred with all parties as required by CRC 3.724 to discuss and resolve issues set forth therein.

**NOTICE OF CASE ASSIGNMENT<br>AND CASE MANAGEMENT CONFERENCE<br>(UNLIMITED CIVIL CASE)**

| SHORT TITLE: HAYMORE vs AMAZON.COM, INC., et al. | CASE NUMBER: 24CV000231 |
|---|---|

**Tentative Ruling**

Following its review of the case management statement(s), the court may determine that a case management conference is not necessary. To determine whether an appearance is required, the parties must check the court's tentative rulings after 2:00 p.m. on the Court day before the Friday calendar by accessing the court's internet website at www.saccourt.ca.gov

**Remote Appearances**

Unless ordered to appear in person by the court, parties may appear remotely either telephonically or by video conference via the Zoom video/audio conference platform with notice to the court and all other parties in accordance with Code of Civil Procedure 367.75. If appearing remotely, parties are required to participate in their hearing using a device that has video and/or audio capability (i.e. computer, smartphone, or tablet). Although remote participation is not required, the court will presume all parties are appearing remotely for non-evidentiary civil hearings.

**Certification Filed in Lieu of Case Management Statement**

If parties in the action file a certification on a form provided by the court at least 15 calendar days prior to the date of the case management conference that the case is short cause (five hours or less of trial time), that the pleading stage is complete and that the case will be ready for trial within 60 days, the case will be exempted from any further case management requirements and will be set for trial within 60-120 days. The certification shall be filed in lieu of a case management statement.

**Case Management Orders**

At the case management conference, the court will consider whether the case should be ordered to judicial arbitration or referred to other forms of Alternative Dispute Resolution. Whether or not a case management conference is held, the court will issue a case management order shortly after the scheduled conference date.

**Service of Notice of Case Assignment and Case Management Conference**

Unless otherwise ordered by the court, plaintiff shall serve a copy of this notice on any party to the complaint appearing after the court issued this notice. The cross-complainant shall have the same obligation with respect to the cross-complaint.

**Compliance**

Failure to comply with this notice or to appear at the case management conference may result in the imposition of sanctions (including dismissal of the case, striking of the answer, or payment of money).

**Continuances**

Case management conference(s) will not be continued except on a showing of good cause. If your case management conference is continued on motion or by the court on its own motion all parties shall file and serve a new case management statement at least 15 calendar days before the continued case management conference.

Dated: 01/10/2024            By:

/s/ K. Johnson
K. Johnson, Deputy Clerk

**NOTICE OF CASE ASSIGNMENT**
**AND CASE MANAGEMENT CONFERENCE**
**(UNLIMITED CIVIL CASE)**