

# United States District Court
# Eastern District of California

| Haymore |
|---|

Plaintiff(s)

Case Number: 2:24-CV-00729-TLN-DB

V.

| Amazon, Inc. |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Geoffrey Brounell__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Amazon, Inc.

On __February 17, 2009__ (date), I was admitted to practice and presently in good standing in the __Appellate Division Supreme Court of New York__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __March 26, 2024__        Signature of Applicant: /s/ __Geoffrey Brounell__

**Pro Hac Vice Attorney**

Applicant's Name: Geoffrey Brounell

Law Firm Name: Davis Wright Tremaine LLP

Address: 1251 Avenue of the Americas, 21st. Floor

City: New York   State: NY   Zip: 10020-1104

Phone Number w/Area Code: 212.603.6404

City and State of Residence: New York, NY

Primary E-mail Address: geoffreybrounell@dwt.com

Secondary E-mail Address: jodisavitsky@dwt.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Annie Zhang

Law Firm Name: Davis Wright Tremaine

Address: 50 California Street, 23rd Floor

City: San Francisco   State: CA   Zip: 94111

Phone Number w/Area Code: 415.276.6501   Bar #: 327381

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 04/19/2024

*[signature]*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Geoffrey Stuart Brounell

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 17, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on March 25, 2024.

*Robert D. Mayberger*
Clerk of the Court

CertID-00166589