1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANDREW GRANT HAYMORE,                      No.  2:24-cv-00729-TLN-SCR

12              Plaintiff,

13         v.                                     **ORDER**

14    AMAZON.COM, INC.,

15              Defendant.

16

17         Plaintiff Andrew Grant Haymore ("Plaintiff"), proceeding *pro se*, filed the above-entitled

18    action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule

19    302(c)(21).

20         On November 19, 2024, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  (ECF No. 31.)  Neither

23    party has filed objections to the findings and recommendations.

24         The Court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27         1.  The findings and recommendations filed November 19, 2024 (ECF No. 31) are adopted

28    in full;

                                              1

1    2. Plaintiff's case is dismissed with prejudice at the IFP screening stage for failure to

2    state a claim upon which relief can be granted and because amendment would be futile.

3    3. Plaintiff's motions to remand this case to state court (ECF Nos. 3, 7, 9) are denied.

4    4. Plaintiff's motion for a preliminary injunction (ECF No. 15) is denied.

5    5. Defendant's motions to dismiss (ECF Nos. 18, 21) are denied as moot and this case is

6    dismissed.

7    IT IS SO ORDERED.

8    Date: February 20, 2025

9

10

11    _____

12    TROY L. NUNLEY
     CHIEF UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28